THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES CLIFTON, Appellant, *v.* JOSEPH H. DE BRAGGA, as Sheriff of Queens County, et al., Respondents.

*People ex rel. Clifton* v. *De Bragga*, 73 App. Div. 579, appeal dismissed. (Argued October 5, 1903; decided October 13, 1903.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial depart-

ment, entered June 13, 1902, which affirmed an order of the Queens County Court dismissing writs of habeas corpus and certiorari herein and remanding the relator to the custody of the defendant.

The motion was made upon the ground that the grand jury having failed to find an indictment against the relator, the complaint against him had been dismissed.

*John B. Merrill* for motion.

*Charles S. Hayes* opposed.

Motion granted and appeal dismissed, with costs of appeal and ten dollars costs of motion.